UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA.,

                       Plaintiff,

             - against –

MONARCH PAYROLL, INC., STUART GRANT,
and DANIEL COX,

                       Defendants.
------------------------------------------x

Case No. 15 CV 3642 (PKC)

## TRANSMITTAL DECLARATION

Steven R. Popofsky hereby declares, pursuant to 28 U.S.C. § 1746, as follows:

1. I am a partner with Kleinberg, Kaplan, Wolff & Cohen, P.C., counsel for defendants in the above action. I respectfully submit this transmittal affidavit to place before the Court the exhibits cited in the accompanying memorandum of law, dated August 17, 2015, all of which exhibits are cited, referred to and/or relied upon in plaintiff's amended complaint (see n.1 of the memorandum of law).

2. Those exhibits are as follows:

    Exhibit A: Email dated March 13, 2015 from Daniel Cox with the subject "Head's up: Letters of Credit."

    Exhibit B: Email dated March 17, 2015 from Daniel Cox with the subject "LETTER'S OF CREDIT - PLEASE RESCIND!"

    Exhibit C: Email dated March 17, 2015 from Jason Goldy with the subject "RE: LETTER'S OF CREDIT - PLEASE RESCIND!"

Exhibit D: Email dated March 17, 2015 from Daniel Cox with the subject "RE: LETTER'S OF CREDIT - PLEASE RESCIND!"

Exhibit E: Email dated March 17, 2015 from Jason Goldy with the subject "RE: LETTER'S OF CREDIT - PLEASE RESCIND!"

Exhibit F: Email dated March 17, 2015 from Daniel Cox with the subject "RE: LETTER'S OF CREDIT - PLEASE RESCIND!"

Exhibit G: Email dated April 9, 2015 from Jason Goldy with the subject "RE: LC swap for Cash."

Exhibit H: Email dated April 17, 2015 from Joel Bernstein with the subject "Monarch Consulting: Exchange of Letters of Credit for Cash," with attachments.

Exhibit I: Three form letters of credit, also attached to Exhibit H.

Exhibit J: Email dated April 17, 2015 from Jason Goldy with the subject "FW: Monarch Consulting: Exchange of Letters of Credit for Cash," with attachments.

Exhibit K: Email dated April 17, 2015 from Jason Goldy with the subject "RE: Monarch Consulting: Exchange of Letters of Credit for Cash."

Exhibit L: Three letters of credit dated April 21, 2015 from UBS AG New York Branch.

Exhibit M: Email dated May 6, 2015 from Jason Goldy with the subject "Re: Monarch LOCS."

Exhibit N: Email dated April 17, 2015 from Jason Goldy with the subject "RE: Monarch Consulting: Exchange of Letters of Credit for Cash," with attachments.

Exhibit O: IRS Form W-9 and "Check/Wire Transfer Request Form," also attached to Exhibit P.

Exhibit P: Email dated April 20, 2015 from Joel Bernstein with the subject "RE: Monarch Consulting: Exchange of Letters of Credit for Cash," with attachments.

Exhibit Q: Email dated April 21, 2015 from Nicholas Crowell with the subject "RE: Monarch Consulting: Exchange of Letters of Credit for Cash."

Exhibit R: Email dated April 20, 2015 from Jason Goldy with the subject "RE: Monarch Consulting: Exchange of Letters of Credit for Cash."

Exhibit S: "Check/Wire Transfer Request Form," also attached to Exhibit T.

Exhibit T: Email dated April 21, 2015 from Joel Bernstein with the subject "RE: Monarch Consulting: Exchange of Letters of Credit for Cash," with attachment.

Exhibit U: Email dated May 1, 2015 from Jason Goldy with the subject "Monarch LOCs."

Exhibit V: Email dated May 4, 2015 from Nicholas Crowell with the subject "Monarch LOCs."

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 17, 2015

_____
Steven R. Popofsky